## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

DEBEBE GEBRU AWOKE           :
1268 Cresthaven Drive
Silver Spring, MD  20903     :

    Plaintiff,           :

v.                           : CA No. 13-1249

UNITED STATES OF AMERICA     :
SERVE:  United States Attorney General
950 Pennsylvania Avenue, NW  :
Washington, DC 20530
AND                          :
SERVE:  United States Attorney
555 4th Street, NW           :
Washington, DC 20530
                             :
    Defendant.           :

## COMPLAINT

Comes now the Plaintiff Debebe Gebru Awoke, by and through counsel, and for his Complaint states as follows:

1. Jurisdiction for this action is based on the Federal Tort Claims Act.

2. On or about November 12, 2015, Plaintiff Debebe Gebru Awoke was operating a vehicle and was involved in a motor vehicle collision with a vehicle owned by the United States of America and driven by an employee of the United States of America.

3. The United States of America vehicle was a State Department 2015 Chevrolet van with US Government plate number G422579H driven by Brian Michael Lewis.

4. The vehicle was driven by Brian Michael Lewis within the scope of his employment for the Defendant United States of America.

5. The aforesaid collision was caused by the negligence of the Defendant United States of America.

6. The collision was on the George Washington Parkway near the intersection with Memorial Circle in Washington, DC, at approximately 12:50 p.m. on November 12, 2015.

7. The collision occurred within the District of Columbia.

8. The negligence of the Defendant included failure to avoid colliding, failure to keep a proper distance, and fail to keep a proper look-out.

9. The collision occurred when the vehicle, driven by Brian Michael Lewis, slammed into the rear of the vehicle driven by Plaintiff Debebe Gebru Awoke. The vehicle in front of Plaintiff Debebe Gebru Awoke had stopped for pedestrians.

4. As a result of said collision, Plaintiff Debebe Gebru Awoke suffered bodily injury and incurred loss of income, property damage, and related costs.

WHEREFORE, Plaintiff Debebe Gebru Awoke demands judgment against Defendant United States of America in the amount of ONE HUNDRED FORTY THOUSAND DOLLARS ($140,000.00).

Respectfully submitted,

Douglas R. Stevens, #343178
Attorney for Plaintiff
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800
Fax: (202) 337-6003
info@douglasrstevens.com